| Agency | SMPD | San Marcos Police Dept | Incident # | 190000032302 | Case # |

**Blotter**

[5/25/2019 8:43:06 PM : 00012894]
ProQA: DISPATCH
Complaint: 113 Disturbance / Nuisance
Dispatch: 113D01 (Physical DISTURBANCE)
Response: Delta
CAD Code: 113D01
*Responder Script*:
Code: 113-D-1: Physical DISTURBANCE  1. The caller is on scene.
2. The 2nd party caller is on scene.
3. This incident involves a DISTURBANCE.
4. This incident is in progress.
5. No known weapons were involved.
6. The number of people involved is: male and female and four kids, male kept walking towards dps  7. This incident involves a physical DISTURBANCE.

[5/25/2019 8:44:00 PM : 00012894]
ProQA: DESCINFO
 Person-1:
  Type: Suspect
  Race: w
  Gender: m
  Age: 40
  Clothing: green cap grey shirt
  Build: 602
  Weight: heavy set

[5/25/2019 8:46:54 PM : 00012894]
ProQA: COMPLETE
Complaint: 113 Disturbance / Nuisance
Dispatch: 113D01
Response: Delta
CAD Code: 113D01

**Log**

| Date/Time | Officer Id | Log Entry |
|---|---|---|
| 5/25/2019 20:41:43 | 0001289  Salas, Bianca | couple fighting |
| 5/25/2019 20:41:51 | 0001289  Salas, Bianca | white chevy tahoe parked in driveway |
| 5/25/2019 20:41:56 | 0001289  Salas, Bianca | lady just fell to the ground |
| 5/25/2019 20:42:11 | 0001289  Salas, Bianca | across from motel 6 |
| 5/25/2019 20:43:06 | 0001289  Salas, Bianca | DISPATCH CadCode: 113D01 (Delta) |
| 5/25/2019 20:44:00 | 0001289  Salas, Bianca | DESCINFO |
| 5/25/2019 20:44:27 | 0001289  Salas, Bianca | white chevy tahoe just took off, female left in veh turning into mccoys |
| 5/25/2019 20:44:57 | 0001305  Montoya, Jesse | a3: heading to mccoys |
| 5/25/2019 20:45:02 | 0001289  Salas, Bianca | compl stating that the veh drove out of her driveway |
| 5/25/2019 20:45:04 | 0001305  Montoya, Jesse | where is the male |
| 5/25/2019 20:45:24 | 0001289  Salas, Bianca | compl lost visual of the male |
| 5/25/2019 20:45:30 | 0001289  Salas, Bianca | ENDKQ CadCode: 113D01 (Delta) |
| 5/25/2019 20:45:50 | 0001289  Salas, Bianca | compl did not see if he had pushed her or hit her, or why she was on the ground |
| 5/25/2019 20:47:04 | 0001289  Salas, Bianca | compl can be contacted if needed |
| 5/25/2019 20:47:38 | 0001305  Montoya, Jesse | suspect at the corner davis and eaccess |
| 5/25/2019 20:48:12 | 0001305  Montoya, Jesse | f5 one tazed |
| 5/25/2019 20:48:22 | 0001305  Montoya, Jesse | b3: male is deaf |
| 5/25/2019 20:48:50 | 0001305  Montoya, Jesse | all parties are accounted for |

| Agency | SMPD | San Marcos Police Dept | | Incident # | 190000032302 | Case # |

| Date/Time | Officer ID | Officer | Notes |
|---|---|---|---|
| 5/25/2019 20:49:46 | 0001305 | Montoya, Jesse | a3 and b3 at mccoys |
| 5/25/2019 20:49:53 | 0001305 | Montoya, Jesse | other officers by dps |
| 5/25/2019 20:50:23 | 0001305 | Montoya, Jesse | f5: code 4 |
| 5/25/2019 20:50:32 | 0001305 | Montoya, Jesse | primary open |
| 5/25/2019 20:50:53 | 0001305 | Montoya, Jesse | a3 all other officers can reduce or 22 |
| 5/25/2019 20:51:24 | 0001305 | Montoya, Jesse | a3 - kys8333 |
| 5/25/2019 20:52:12 | 0001291 | Gonzales, Gavin | d5 - assisting with traffic. |
| 5/25/2019 20:53:27 | 0001305 | Montoya, Jesse | f3: contact hays and upd see if they have an officer that can sign. |
| 5/25/2019 20:53:36 | 0001305 | Montoya, Jesse | f5: kelley, John  dob: .... |
| 5/25/2019 20:53:53 | 0001305 | Montoya, Jesse | a3: kelley, mary unk dob |
| 5/25/2019 20:54:50 | 0001305 | Montoya, Jesse | Removed Unit - 00000321 |
| 5/25/2019 20:54:59 | 0001305 | Montoya, Jesse | b5: 35580142 |
| 5/25/2019 20:55:49 | 0001185 | Moore, Jenny | UPD no ASL ofcs |
| 5/25/2019 21:00:37 | 0001305 | Montoya, Jesse | Removed Unit - A3 |
| 5/25/2019 21:03:50 | 0001344 | Hernandez, Jamie | county called gave a number for "interrpreting for the deaf" at 5127548047 |
| 5/25/2019 21:04:13 | 0001344 | Hernandez, Jamie | another number for deaf interrpretation cheryl bailey at 5127152042 |
| 5/25/2019 21:06:37 | 0001262 | Osborne, Joseph | F3 spoke with original compl Diane Prado. Prado stated that she observed the white Tahoe and the couple outside it arguing in sign language. She stated that she looked away and when she looked back the female was on the ground and the male was walking awa |
| 5/25/2019 21:07:14 | 0001262 | Osborne, Joseph | y. She did not actually see the male strike or push the female. Her husband witnessed the same and also stated that the kids got out of the vehicle while the woman was on the ground and he believed that the woman was on the ground for at least two minutes |
| 5/25/2019 21:14:23 | 0001296 | Tureaud, Benjamin | B3 spoke with female. She advised they were arguing since 54 street where the male exited the vehicle. She stated she was upset because the male was not "fighting for their love." |
| 5/25/2019 21:15:45 | 0001296 | Tureaud, Benjamin | She admitted to falling to the ground but on her own due to crying. She was only wanting to get him back in the vehicle to drive back to Austin where they reside. She did not have any signs of injury nor did she advise of any injury. |
| 5/25/2019 21:16:15 | 0001296 | Tureaud, Benjamin | All comms with the female were doing through "notes" on my city issued cel phone. All her replies were done on her phone. |
| 5/25/2019 21:38:34 | 0001328 | Wallace, Carrington | John Kelly DOB 03091968 |
| 5/25/2019 21:57:14 | 0001321 | Dehkordi, John | Incident Closed by MDT |
| 5/25/2019 22:42:55 | 0001212 | Daenzer, Matthew | Incident Closed by MDT |