# EXHIBIT G
# Audio/Video file

# DF 00022
# Officer Pierce body worn camera