# EXHIBIT H
## Audio/Video file

# DF 00025
# Officer Wisener body worn camera