# EXHIBIT I
## Audio/Video file

# DF 00007
# Officer Dehkordi body worn camera