UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| JOHN KELLEY AND MARY KELLEY, | ) |
|     Plaintiffs, | ) |
| v. | ) CASE NO. 1:21-CV-00458-LY |
| CITY OF SAN MARCOS, JOHN DEHKORDI, | ) |
| ANDREW WEISNER, BASIL PIERCE, | ) |
| AND JOHN DOES, | ) |
|     Defendants. | ) |

ORAL AND VIDEOTAPED DEPOSITION OF

CORPORAL BASIL PIERCE

December 1, 2022

The oral and videotaped deposition of Corporal Basil Pierce, produced as a witness, and duly sworn, was taken in the above-styled and numbered cause on December 1, 2022, before Stacy Harlow, CSR, in and for the State of Texas, reported by stenomask, pursuant to the Texas Rules of Civil Procedure.



1    included all of the important relevant facts?
2         A.   I believe it included all the important relevant
3    facts as it relates to the reasoned level of force used.
4         Q.   So even after you went back and closely reviewed the
5    videos this week, you didn't come to the conclusion that --
6    that there were any additional facts that you should have
7    included in the BlueTeam report but did not?
8         A.   I don't recall anything that should have been
9    included that was not in the BlueTeam report.
10        Q.   And let me ask you the same with respect to the
11   information report.  So after your close review of the video
12   this week and -- and your re-review of the information report
13   that you authored, is it your belief, as you sit there today,
14   that you included all of the relevant, important facts in the
15   information report?
16        A.   Yes, same answer as my BlueTeam.
17        Q.   So then let's go back and talk about the factual
18   inaccuracies that you noticed as you reviewed the videos.
19             What are the factual inaccuracies that you noticed?
20        A.   In the video, it is seen that Mr. Kelley had his -- I
21   initially said in my information report that he had his arms
22   tucked up underneath his torso, and I believe a few sentences
23   later I said that his hands were under his torso, when his
24   hands were, in fact, in front of his face.
25             And then I believe I later said that, again, his arms



1      Q.   (BY MR. PUCKETT) Anything else?
2      A.   I don't recall.
3      Q.   Did he -- do you recall whether he continued to -- to
4  walk?
5      A.   He did continue to walk away.
6      Q.   What did he do with his hands?
7      A.   Based on my current memory, I don't recall.
8      Q.   How long after Mr. Kelley pulled away from Officer
9  Dehkordi's attempt to grab his wrist, how long after that did
10 you fire your Taser?
11     A.   It was a matter of a few seconds.
12     Q.   Where were Mr. Kelley's hands when you pulled the
13 trigger on your Taser?
14          MR. SOLOMON:  Objection.  Form.
15          THE WITNESS:  After reviewing the video, his hands
16 were raised.
17     Q.   (BY MR. PUCKETT) When you say they were raised, what
18 do you mean by that?  Like, do you -- can you demonstrate with
19 your own hands?
20     A.   His hands were raised here (indicating), kind of in
21 front of his chest.
22     Q.   Were his hands open palm in the way that you just
23 demonstrated?
24     A.   I don't recall.
25     Q.   If I said that when Officer Dehkordi tried to grab



```
 1                  UNITED STATES DISTRICT COURT
 2               FOR THE WESTERN DISTRICT OF TEXAS
 3                        AUSTIN DIVISION
 4   JOHN KELLEY AND MARY KELLEY,       )
 5           Plaintiffs,                )
 6   v.                                 )CASE NO. 1:21-CV-00458-LY
 7   CITY OF SAN MARCOS, JOHN DEHKORDI, )
 8   ANDREW WEISNER, BASIL PIERCE,      )
 9   AND JOHN DOES,                     )
10           Defendants.                )
11
12                   REPORTER'S CERTIFICATION
13                ORAL AND VIDEO DEPOSITION OF
14                    CORPORAL BASIL PIERCE
15                      November 30, 2022
16                      (Reported Remotely)
17        I, Stacy Harlow, RVR-M, CVR-M, CM, RCP, RBC,
18   Certified Shorthand Reporter in and for the State of Texas,
19   hereby certify to the following:
20        That the witness, CORPORAL BASIL PIERCE, was duly
21   sworn by the officer and that the transcript of the oral
22   deposition is a true record of the testimony given by the
23   witness;
24        That the deposition transcript was submitted on
25   _____to the witness or to the attorney for the
```



1  defendant for examination, signature, and returned to me
2  by_____;
3           That the amount of time used by each party at the
4  deposition is as follows:
5           Mr. Puckett:  5 hours, 40 minutes
6           Mr. Solomon:  0 hours, 0 minutes
7           That pursuant to information given to the deposition
8  officer at the time said testimony was taken, the following
9  includes counsel for all parties of record:
10          Donald Puckett, for Plaintiffs
11          David Solomon, for Defendants
12          I further certify that I am neither counsel for,
13 related to, nor employed by any of the parties or attorneys in
14 this action in which this proceeding was taken, and further
15 that I am not financially or otherwise interested in the
16 outcome of the action.
17          Certified by me this _____day of _____,
18 2022.

19                                    *Stacy Harlow*
20                                    _____
21                                    STACY HARLOW, RVR-M, CVR-M, CM,
                                      RCP, RBC, Texas CSR 11702
22                                    Expiration Date:  7/31/2024
                                      Firm Registration No. 633
23                                    Kim Tindall & Associates, LLC
                                      a Magna Legal Services Company
24                                    16414 San Pedro - Suite 900
                                      San Antonio, Texas  78322
25                                    Phone:  210.697.3400
                                      Fax:  210.697.3408

