

You were kicked because your hands were kept under your chest. That officer believed you may have been reaching for what could have been a weapon. When he kicked you, he didn't know you were deaf.

Yes you told us you were deaf. But that wasn't until after you were tased and kicked. If you attempted to tell us while you were being tased, then those words couldn't be heard.

We obviously wouldn't have tased you in the beginning if we knew that you were deaf. She did tell to police I am deaf?

The guys that tased you didn't know that until you were able to say it.

Officer Dehkordi, Officer pierce, Officer Wisener tased you

**Kelley 000012**
**EXHIBIT L**