UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **JOHN KELLEY AND MARY KELLEY** § <br> Plaintiffs, § <br> § <br> vs. § <br> § <br> **CITY OF SAN MARCOS, JOHN** § <br> **DEHKORDI, ANDREW WISENER, BASIL** § <br> **PIERCE AND JOHN DOES** § <br> Defendants. § | **CASE NO. 1:21-CV-00458-ML** |

## JOINT NOTICE OF SETTLEMENT

The parties, through undersigned counsel, jointly provide this notice to the Court that they have reached a settlement in principal. The parties are in the process of preparing and finalizing settlement documentation. The parties anticipate completing that process within 60-90 days, the extended time being due to a pending statutory lien that needs to be addressed. Once finalized, the parties will file an appropriate stipulation to dismiss this matter.

Respectfully submitted,

**FLETCHER, FARLEY,**
**SHIPMAN & SALINAS, LLP**
2530 Walsh Tarlton Lane, Suite 150
Austin, Texas 787
(512) 476-5300
(Fax) 476-5771

By: /s/ *Joanna Lippman Salinas*
Joanna Lippman Salinas
State Bar No. 00791122
joanna.salinas@fletcherfarley.com

Attorneys for Defendants,
*City of San Marcos, John Dekhordi, Andrew Wisener, and Basil Pierce*

                                      **HENDLER FLORES LAW, PLLC**
901 S. Mopac Expressway
Bldg 1, Suite #300
Austin, Texas 78746
(512) 439-3202
FAX (512) 439-3201

By:*/s/ Laura Goettsche w/permission*
Scott M. Hendler
State Bar No. 9445500
shendler@hendlerlaw.com
Laura Goettsche
State Bar No. 24091798
lgoettsche@hendlerlaw.com

and

Rebecca Webber
State Bar No. 24060805
Rebecca@RebWebLaw.com
**WEBBER LAW**
4228 Threadgill Street
Austin, Texas 78723
(512) 669-9506

Attorneys for Plaintiff, *John Kelley*

<u>**Certificate of Service**</u>

      I hereby certify that a true and correct copy of the foregoing **Joint Notice of Settlement** has been provided to the offices of:

    Scott M. Hendler
    Laura Goettsche
    **HENDLER FLORES LAW, PLLC**
    901 S. Mopac Expressway
    Bldg 1, Suite #300
    Austin, Texas 78746

    Rebecca Webber
    **WEBBER LAW**
    4228 Threadgill Street
    Austin, Texas 78723

by electronic service, in accordance with the Federal Rules of Civil Procedure, on June 27, 2023.

                                            /s/ Joanna Lippman Salinas
                                            Joanna Lippman Salinas