UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JOHN KELLEY AND MARY KELLEY §<br>Plaintiffs, §<br>§<br>vs. §<br>§<br>CITY OF SAN MARCOS, JOHN §<br>DEHKORDI, ANDREW WISENER, BASIL §<br>PIERCE AND JOHN DOES §<br>Defendants. § | CASE NO. 1:21-CV-00458-ML |

## PLAINTIFF'S UNOPPOSED DISMISSAL BY STIPULATION

COMES NOW, Plaintiff John Kelley, by and through his counsel of record and, pursuant to Federal Rule Civil Procedure 41(a)(1), hereby agrees to voluntarily dismiss any and all claims asserted against Defendants City of San Marcos, John Dehkordi, Andrew Wisner, and Basil Pierce that are made the basis of his cause, with prejudice and with the agreement of all parties, and represents to the Court that all matters in controversy between these parties and made the basis of Plaintiff's cause of action as against said Defendants have been compromised and resolved.

Respectfully submitted,

HENDLER FLORES LAW, PLLC
901 S. Mopac Expressway
Bldg 1, Suite #300
Austin, Texas 78746
(512) 439-3202
FAX (512) 439-3201

By: _____
Scott M. Hendler
State Bar No. 9445500
shendler@hendlerlaw.com
Laura Goettsche
State Bar No. 24091798
lgoettsche@hendlerlaw.com

Attorneys for Plaintiff, *John Kelley*

### Certificate of Service

I here certify that a true and correct copy of the foregoing and attached **Plaintiff's Unopposed Dismissal by Stipulation** has been provided to the offices of:

Joanna Lippman Salinas
**FLETCHER, FARLEY, SHIPMAN & SALINAS, LLP**
2530 Walsh Tarlton Lane, Suite 150
Austin, Texas 78746

via Electronic Service, in accordance with the Federal Rules of Civil Procedure, on November 29, 2023.

_____
Scott M. Hendler

**APPROVED AS TO FORM AND ENTRY REQUESTED:**

_[signature]_

Scott M. Hendler
State Bar No. 9445500
shendler@hendlerlaw.com
Laura Goettsche
State Bar No. 24091798
lgoettsche@hendlerlaw.com
**HENDLER FLORES LAW, PLLC**
901 S. Mopac Expressway
Bldg 1, Suite #300
Austin, Texas 78746
(512) 439-3202
FAX (512) 439-3201

Attorneys for Plaintiff, *John Kelley*

_[signature]_

Joanna Lippman Salinas
State Bar No. 00791122
joanna.salinas@fletcherfarley.com
**FLETCHER, FARLEY,
SHIPMAN & SALINAS, L.L.P.**
2530 Walsh Tarlton Lane, Suite 150
Austin, Texas 78746
(512) 476-5300
FAX (512) 476-5771

Attorneys for Defendants, *City of San Marcos, John Dehkordi, Andrew Wisner, and Basil Pierce*